UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL THOMAS, ROMELO RIVERA, and
VERNIECE CARMONA, Individually and on
behalf of all other persons similarly situated,

                              JUDGMENT

                Plaintiffs,          21-cv-1325 (BMC)

   v.

AMAZON.COM, INC.,

                Defendant.
----------------------------------------------------------------X

        A Memorandum, Decision and Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on April 12, 2022, granting Amazon's motion to dismiss; it is

        ORDERED and ADJUDGED that Amazon's motion to dismiss is granted.

Dated: Brooklyn, New York                       Brenna B. Mahoney
       April 13, 2022                                Clerk of Court

                                                By:    */s/Jalitza Poveda*
                                                         Deputy Clerk